FILED
United States Court of Appeals
Tenth Circuit

August 23, 2016

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff - Appellee,

v.

CHARLES R. KOKESH,

    Defendant - Appellant.

No. 15-2087
(D.C. No. 1:09-CV-01021-SMV-LAM)
(D. N.M.)

_____

## JUDGMENT
_____

Before **HARTZ**, **PHILLIPS**, and **McHUGH**, Circuit Judges.
_____

    This case originated in the District of New Mexico and was argued by counsel.

    The judgment of that court is affirmed.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk