# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 7, 2017

Clerk
United States Court of Appeals
  for the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257-2505

    Re:  Charles R. Kokesh
           v. Securities and Exchange Commission,
           No. 16-529 (Your docket No. 15-2087)

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.  You may obtain a copy of the opinion by visiting our website, http://www.supremecourt.gov.

                                                           Sincerely,

                                                           SCOTT S. HARRIS, Clerk

                                                           By  *[signature]*

                                                           Herve' Bocage
                                                           Judgments/Mandates Clerk

Enc.
cc:    Mr. Adam G. Unikowsky, Esq.

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 7, 2017

Mr. Adam G. Unikowsky, Esq.
Jenner & Block, LLP
1099 New York Avenue, NW, Suite 900
Washington, D.C. 20001-4412

    Re:    Charles R. Kokesh
            v. Securities and Exchange Commission,
            No. 16-529

Dear Mr. Unikowsky:

    Attached please find a certified copy of the judgment of this Court in the above-entitled case.  You may obtain a copy of the opinion by visiting our website, http://www.supremecourt.gov.

    The petitioner is given recovery of costs in this Court as follows:

        **Clerk's costs:**        **$ 300.00**

    This amount may be collected from the respondent.

Sincerely,

SCOTT S. HARRIS, Clerk

By *[signature]*

Herve' Bocage
Judgments/Mandates Clerk

Enc.
cc:    Clerk, USCA for the Tenth Circuit
        (Your docket No. 15-2087)

# Supreme Court of the United States

No. 16-529

**CHARLES R. KOKESH,**

Petitioner

v.

**SECURITIES AND EXCHANGE COMMISSION**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Tenth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is reversed with costs.

**IT IS FURTHER ORDERED** that the petitioner Charles R. Kokesh recover from the Securities and Exchange Commission, Three Hundred Dollars ($300.00) for costs herein expended.

June 5, 2017

**Clerk's costs:**          $300.00



A True Copy SCOTT S. HARRIS
Test
Clerk of the Supreme Court of the United States
By:

.